UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                No. C-12-6277 EMC (pr)

YAROSLAV CHERNOKNIZHNYY,

        Petitioner.                                          **ORDER**
_____/

        This action was opened on December 11, 2012, when the Court received from Yaroslav Chernoknizhnyy a copy of a letter he mailed to the "Federal Building and U.S. Courthouse" in Oakland apparently complaining about his detention pending removal by I.C.E. On that date, the Court notified Mr. Chernoknizhnyy in writing that his action was deficient in that he had not attached a habeas petition and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a petition within thirty days. Mr. Chernoknizhnyy did not file a petition; instead, he sent a letter stating he did not recall sending any document to the Court, asked for a copy of the document, and asked for a thirty day extension to fill out the petition for writ of habeas corpus form. The request is **GRANTED**. (Docket # 4.) The Clerk will mail to Mr. Chernoknizhnyy a copy of Docket # 1. Mr. Chernoknizhnyy must file a completed petition for writ of habeas corpus no later than **April 5, 2013** or this action will be dismissed. Mr. Chernoknizhnyy also must pay the $5.00 filing fee or file a completed *in forma pauperis* application no later than **April 5, 2013** or this action will be dismissed.

        IT IS SO ORDERED.

Dated: March 4, 2013

                                                                       _____
                                                                       EDWARD M. CHEN
                                                                       United States District Judge