UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                    No. C-12-6277 EMC (pr)

YAROSLAV CHERNOKNIZHNYY,

        Petitioner.                       **ORDER OF DISMISSAL**

         This action was opened on December 11, 2012, when the Court received from Yaroslav Chernoknizhnyy a copy of a letter he mailed to the "Federal Building and U.S. Courthouse" in Oakland apparently complaining about his detention pending removal by I.C.E. On that date, the Court notified Mr. Chernoknizhnyy in writing that his action was deficient in that he had not attached a habeas petition and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a petition and *in forma pauperis* application within thirty days. At his request, Mr. Chernoknizhnyy was given an extension until April 5, 2013 to fill out a habeas petition form. Mr. Chernoknizhnyy has not filed a habeas petition, and the deadline by which to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

         IT IS SO ORDERED.

Dated: April 23, 2013

                                                            EDWARD M. CHEN
                                                            United States District Judge